Order entered November 20, 2014



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00741-CV

**QUI PHUOC HO, MAU THI NGUYEN AND TONG HO, Appellants**

**V.**

**MACARTHUR RANCH, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-05369-A**

## ORDER

We **GRANT** appellants' November 19, 2014 motion to extend time to file reply brief and

**ORDER** the brief be filed no later than November 21, 2014.


/s/  CRAIG STODDART
   JUSTICE